**People of the State of Illinois, Plaintiff-Appellee, v. Richard Bock, Defendant-Appellant.**

**Gen. No. 50,846. (Abstract of Decision.)**

First District, Second Division.

May 21, 1968.

Bellows, Bellows & Magidson, and Herbert Barsy, of Chicago, for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Oliver Ferguson, and Richard A. Rinella, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE LYONS. **Not to be published in full.**